# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEVON FRANCIS,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 11-6487 |
| | : | |
| **ATLAS MACHINING** | : | |
| **& WELDING, INC., et al.,** | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 14th day of February 2013, upon consideration of Plaintiff's Motion for Summary Judgment (Doc. No. 9), Defendants' Response thereto (Doc. No. 17), Defendants' Motion for Summary Judgment (Doc. No. 12), and Plaintiff's Response thereto (Doc. No. 18), **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Summary Judgment is **DENIED**;

2. Defendants' Motion for Summary Judgment is **DENIED**;

3. Plaintiff's Request for Oral Argument (Doc. No. 9 at 1) is **DENIED**;

4. This case is referred to United States Magistrate Judge Henry S. Perkin for a settlement conference.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.